counsel to prosecute the appeals. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE SPRINKLER, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES DE LUISE, Relator, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Application for a writ of habeas corpus and for other relief, denied on the ground that the application fails to comply with the provisions of section 1234 of the Civil Practice Act. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ HARRIET V. DONNELLY, an Infant, by EDWARD VAN VALEN, Her Guardian ad Litem, Respondent, v. RONALD M. DONNELLY, Appellant.— Motion by appellant for a stay of all proceedings and to dispense with printing, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ FOOD FAIR STORES, NASSAU, INC., Respondent, v. BAR HARBOUR SHOPPING CENTER, INC., Appellant.— In an action for a permanent injunction restraining defendant from erecting certain structures in a shopping center, defendant appeals from so much of an order of the Supreme Court, Nassau County, dated January 26, 1961, as denied its motion to increase the amount of a bond fixed on the granting of a temporary injunction. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. The moving papers fail to show that the fixation of the bond in the sum of $10,000 is insufficient. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.